**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-10426 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | | | | Date Filed (f) or Converted (c): | 10/14/2015 (f) |
| | POORNIMA KOTHA | | | | 341(a) Meeting Date: | 11/17/2015 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | 02/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD: 20617 WHITEBUD COURT TAMPA, FL 33647 *OWNED JOINT | 217,993.00 | 217,993.00 | OA | 0.00 | FA |
| 2. RENTAL PROPERTY: 7765 75TH WAY NORTH PINELLAS PARK, FL *OWNE | 174,020.00 | 174,020.00 | | 0.00 | FA |
| 3. RENTAL PROPERTY: 7383 UNIVERSAL BLVD. UNIT NO.: 1108 ORLANDO | 45,966.75 | 45,966.75 | | 0.00 | FA |
| 4. CASH ($2,320) *OWNED JOINTLY WITH SPOUSE. | 1,160.00 | 1,160.00 | | 1,160.00 | FA |
| 5. BANK OF AMERICA CHECKING (6383) | 6,411.67 | 1,602.92 | | 1,602.92 | FA |
| 6. BANK OF AMERICA CHECKING (7200) TOTAL BALANCE = $2,089.72 *O | 1,044.86 | 0.00 | | 261.21 | FA |
| 7. BANK OF AMERICA SAVINGS (9173) TOTAL BALANCE = $9,143.71 *OW | 4,571.86 | 0.00 | | 1,142.75 | FA |
| 8. BANK OF AMERICA BUSINESS CHECKING (1478) | 20.47 | 20.47 | | 20.47 | FA |
| 9. WELLS FARGO CHECKING (6878) TOTAL BALANCE = $25.47 *OWNED JO | 12.74 | 12.74 | | 12.74 | FA |
| 10. WELLS FARGO CHECKING (7579) TOTAL BALANCE = $1,000.50 *OWNED | 500.25 | 500.25 | | 500.25 | FA |
| 11. REGIONS CHECKING (3210) | 104.65 | 104.65 | | 104.65 | FA |
| 12. PNC BANK CHECKING (0177) | 407.70 | 407.70 | | 407.70 | FA |
| 13. REGIONS SAVINGS (8125) TOTAL BALANCE = $106.11 *OWNED JOINTL | 53.06 | 53.06 | | 53.06 | FA |
| 14. PNC BANK SAVINGS (5729) | 0.00 | 0.00 | | 0.00 | FA |
| 15. PNC BANK SAVINGS (9341) | 2.00 | 2.00 | | 2.00 | FA |
| 16. WELLS FARGO BUSINESS CHECKING (2599) TOTAL BALANCE = $96.52 | 48.26 | 48.26 | | 48.26 | FA |
| 17. TRADESTATION UTMA/UGMA CUSTODIAN ACCOUNT HELD BY DEBTOR FOR | 0.00 | 0.00 | | 0.00 | FA |
| 18. BUSINESS CHECKING HELD BY BANK OF AMERICA ($36.38) *THIS WAS | 36.38 | 12.01 | | 12.01 | FA |
| 19. HSA ACCOUNT HELD BY OPTUM | 12,411.21 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-10426 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | | | | Date Filed (f) or Converted (c): | 10/14/2015 (f) |
| | POORNIMA KOTHA | | | | 341(a) Meeting Date: | 11/17/2015 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | 02/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 3 BEDS AND A DAYBED ($235), 2 DRESSERS ($65), 4 NIGHTSTANDS | 1,752.25 | 752.25 | | 752.25 | FA |
| 21. MIRRORS AND WALL ART ($500.50); PLANTS ($19.50); BOOKS ($145 | 332.50 | 332.50 | | 332.50 | FA |
| 22. CLOTHING & APPAREL | 200.00 | 200.00 | | 200.00 | FA |
| 23. RING ($60) | 60.00 | 60.00 | | 60.00 | FA |
| 24. GOLF CLUBS ($40), CAMERAS ($30) AND BICYCLES ($50) | 60.00 | 60.00 | | 60.00 | FA |
| 25. AAA TERM LIFE POLICY (DEBTOR IS THE INSURED; DEATH BENEFIT O | 0.00 | 0.00 | | 0.00 | FA |
| 26. GROUP UNIVERSAL LIFE TERM LIFE POLICY (DEBTOR IS THE INSURED | 0.00 | 0.00 | | 0.00 | FA |
| 27. LINCOLN BENEFIT TERM LIFE POLICY (DEBTOR'S SPOUSE IS THE INS | 0.00 | 0.00 | | 0.00 | FA |
| 28. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (DEBTOR IS THE INSURED; | 5,239.00 | 0.00 | | 0.00 | FA |
| 29. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (TJ KOTHA IS THE INSURE | 4,761.00 | 0.00 | | 0.00 | FA |
| 30. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (DEBTOR'S SPOUSE IS THE | 5,162.00 | 0.00 | | 0.00 | FA |
| 31. MUTUAL OF OMAHA TERM LIFE POLICY (DEBTOR IS THE INSURED; DEA | 0.00 | 0.00 | | 0.00 | FA |
| 32. GROUP UNIVERSAL LIFE TERM LIFE POLICY (DEBTOR'S SPOUSE IS TH | 0.00 | 0.00 | | 0.00 | FA |
| 33. MUTUAL OF OMAHA TERM LIFE POLICY (DEBTOR'S SPOUSE IS THE INS | 0.00 | 0.00 | | 0.00 | FA |
| 34. AAA TERM LIFE POLICY (DEBTOR'S SPOUSE IS THE INSURED; DEATH | 0.00 | 0.00 | | 0.00 | FA |
| 35. 529 COLLEGE FUND | 86,903.00 | 0.00 | | 0.00 | FA |
| 36. FIDELITY ROTH IRA ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 37. 401K | 510,500.00 | 0.00 | | 0.00 | FA |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 15-10426 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | | | | Date Filed (f) or Converted (c): | 10/14/2015 (f) |
| | POORNIMA KOTHA | | | | 341(a) Meeting Date: | 11/17/2015 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | 02/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38. ROTH IRA | 9,800.00 | 0.00 | | 0.00 | FA |
| 39. ANNUITY HELD BY FIDELITY | 6,750.00 | 0.00 | | 0.00 | FA |
| 40. ANNUITY HELD BY LINCOLN FINANCIAL | 11,000.00 | 0.00 | | 0.00 | FA |
| 41. ANNUITY HELD BY METLIFE | 67,250.00 | 0.00 | | 0.00 | FA |
| 42. ANNUITY HELD BY PRUDENTIAL | 17,000.00 | 0.00 | | 0.00 | FA |
| 43. FXCM BROKERAGE ACCOUNT | 197.34 | 197.34 | | 197.34 | FA |
| 44. IBM STOCK | 887.64 | 887.64 | | 887.64 | FA |
| 45. MOSAIC PROPERTIES, LLC; ASSETS = COMPUTER ($300); TABLETS ( | 1,020.79 | 1,020.79 | | 1,020.79 | FA |
| 46. US GOVERNMENT BONDS | 300.00 | 300.00 | | 300.00 | FA |
| 47. US GOVERNMENT BONDS | 300.00 | 300.00 | | 300.00 | FA |
| 48. 2001 LEXUS GS 300 WITH 125,000 MILES; VALUE DETERMINED USIN | 2,350.00 | 1,350.00 | | 1,350.00 | FA |
| 49. OFFICE SUPPLIES AND TABLET | 87.50 | 87.50 | | 87.50 | FA |
| 50. CREDIT BALANCE WITH PEOPLES GAS | 900.63 | 900.63 | | 900.63 | FA |
| 51. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 52. Rental PROPERTY - 1108 POINT ORLANDO | 0.00 | 0.00 | | 8,951.80 | FA |
| 53. Rental PROPERTY - 13126 THOROUGHBRED LOOP | 0.00 | 0.00 | | 5,998.09 | FA |
| 54. Rental PROPERTY - 8783 CHRISTIE DRIVE | 0.00 | 0.00 | | 7,650.05 | FA |
| 55. Rental PROPERTY - 13911 ABBEY LANE | 0.00 | 0.00 | | 7,019.06 | FA |
| 56. RENTAL PROPERTY - 8876 CHRISTIE DRIVE | 0.00 | 0.00 | | 3,647.32 | FA |
| 57. RENTAL PROPERTY-7765 75th Way | 235,000.00 | 0.00 | | 10,403.78 | FA |
| 58. OTHER PERSONAL PROPERTY | 0.00 | 0.00 | | 5,719.33 | FA |
| 59. Rental Property Escrow Reserves | 250.00 | 250.00 | | 0.00 | FA |

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,432,828.51 | $448,602.46 | $61,166.10 | $0.00 |
| | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

file merged with spouse,(ADMINISTRATIVELY CONSOLIDATED WITH 8:15-bk-12524-CPM

collection of rental payments ongoing

On-going collection of rental income.

Debtor buying back over exempt personal property

06\30\16  Debtor BB of personal property complete.  Still collecting rents.

10/25/16 Continuing to collect rents 1108 Point, Orlando

3/31/17  This case is being jointly administered with wife's case.  POC bar date in wife's case (15-12524) runs on 4/17/17.  Once claims bar date runs, TFR will be filed.

4/21/17 Communications with C Burnette UST re: case issues involving consolidation with 8:15-bk-12524-CPM

5/1/17 Add'l communications with C Burnette UST re: case issues involving consolidation with 8:15-bk-12524-CPM

5/4/17 Meet with C Burnette. Determine that cases must be de-consolidated and administered separately 8:15-bk-12524-CPM

6/21/17 Begin process of determining what assets, and resulting cash from liquidation, belong to each estate 8:15-bk-12524-CPM

8/7/17 Complete process of determining what assets, and resulting cash from liquidation, belong to each estate 8:15-bk-12524-CPM

8/21/17 Begin drafting of pleading to separate cases so they can be administered separately 8:15-bk-12524-CPM

Initial Projected Date of Final Report (TFR): 03/30/2016      Current Projected Date of Final Report (TFR): 08/31/2019

Trustee Signature:      /s/ Larry S. Hyman, Chapter 7 Trustee      Date: 04/25/2019

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 15-10426 | Trustee Name: Larry S. Hyman, Chapter 7 Trustee |
| Case Name: | JAWAHARLAL KOTHA | Bank Name: BOK Financial |
| | POORNIMA KOTHA | Account Number/CD#: XXXXXX6383 |
| | | Checking |
| Taxpayer ID No: | XX-XXX1563 | Blanket Bond (per case limit): $3,802,000.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/03/15 | 52 | 1108 Point Orlando | RENT | 1122-000 | $752.91 | | $752.91 |
| 12/03/15 | 56 | Broderick & Associates | RENT | 1122-000 | $446.75 | | $1,199.66 |
| 12/03/15 | 55 | Broderick & Associates | RENT | 1122-000 | $563.00 | | $1,762.66 |
| 12/03/15 | 57 | Broderick & Associates | RENT | 1122-000 | $1,016.56 | | $2,779.22 |
| 12/03/15 | 54 | Broderick & Associates | RENT | 1122-000 | $516.50 | | $3,295.72 |
| 12/03/15 | 53 | Broderick & Associates | RENT | 1122-000 | $537.27 | | $3,832.99 |
| 12/15/15 | 54 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $1,446.75 | | $5,279.74 |
| 12/15/15 | 55 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $1,708.00 | | $6,987.74 |
| 12/15/15 | 53 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $1,460.24 | | $8,447.98 |
| 12/15/15 | 57 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $2,016.56 | | $10,464.54 |
| 12/15/15 | 54 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $1,316.50 | | $11,781.04 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,771.04 |
| 01/05/16 | 52 | JAWAHARLAL KOTHA | RENT | 1122-000 | $643.99 | | $12,415.03 |
| 01/14/16 | | BRODERICK & ASSOCIATES, INC 5514 PARK BLVD NORTH PINELLAS PARK, FL 33781-3326 | RENT | | $4,238.31 | | $16,653.34 |
| | | | Gross Receipts          $4,238.31 | | | | |
| | 53 | | Rental PROPERTY - 13126 THOROUGHBRED LOOP          $695.50 | 1122-000 | | | |
| | 54 | | Rental PROPERTY - 8783 CHRISTIE DRIVE          $766.50 | 1122-000 | | | |

| | | | Page Subtotals: | | $16,663.34 | $10.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10426 | | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | | Bank Name: | BOK Financial |
| | POORNIMA KOTHA | | Account Number/CD#: | XXXXXX6383 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1563 | | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 55 | | Rental PROPERTY - 13911 ABBEY LANE   $813.00 | 1122-000 | | | |
| | 56 | | RENTAL PROPERTY - 8876 CHRISTIE DRIVE   $696.75 | 1122-000 | | | |
| | 57 | | RENTAL PROPERTY-7765 75th Way   $1,266.56 | 1122-000 | | | |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.77 | $16,632.57 |
| 02/02/16 | 52 | JAWAHARLAL KOTHA | RENT | 1122-000 | $697.45 | | $17,330.02 |
| 02/12/16 | 55 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $813.00 | | $18,143.02 |
| 02/12/16 | 53 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $882.12 | | $19,025.14 |
| 02/12/16 | 57 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $1,266.56 | | $20,291.70 |
| 02/12/16 | 56 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $514.71 | | $20,806.41 |
| 02/12/16 | 54 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $766.50 | | $21,572.91 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.28 | $21,546.63 |
| 03/08/16 | 52 | 1108 POINT ORLANDO LLC 20617 WHITEBUD CT TAMPA, FL 33647-3654 | RENT | 1122-000 | $711.40 | | $22,258.03 |
| 03/17/16 | | Broderick & Associates | RENT | | $4,332.60 | | $26,590.63 |
| | | | Gross Receipts   $4,332.60 | | | | |
| | 53 | | Rental PROPERTY - 13126 THOROUGHBRED LOOP   $789.79 | 1122-000 | | | |
| | 54 | | Rental PROPERTY - 8783 CHRISTIE DRIVE   $766.50 | 1122-000 | | | |

Page Subtotals:                                                                                                             $9,984.34         $47.05

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-10426 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| Case Name: JAWAHARLAL KOTHA | Bank Name: | BOK Financial |
| POORNIMA KOTHA | Account Number/CD#: | XXXXXX6383 |
| | | Checking |
| Taxpayer ID No: XX-XXX1563 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 55 | | Rental PROPERTY - 13911 ABBEY LANE | $813.00 | 1122-000 | | |
| | 56 | | RENTAL PROPERTY - 8876 CHRISTIE DRIVE | $696.75 | 1122-000 | | |
| | 57 | | RENTAL PROPERTY-7765 75th Way | $1,266.56 | 1122-000 | | |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.88 | $26,555.75 |
| 04/01/16 | 52 | 1108 POINT ORLANDO LLC | RENT | 1122-000 | $653.22 | | $27,208.97 |
| 04/12/16 | 53 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $906.37 | | $28,115.34 |
| 04/12/16 | 55 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $788.00 | | $28,903.34 |
| 04/12/16 | 57 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $1,266.56 | | $30,169.90 |
| 04/12/16 | 54 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $766.50 | | $30,936.40 |
| 04/12/16 | 56 | BRODERICK & ASSOCIATES | RENT | 1122-000 | $595.61 | | $31,532.01 |
| 04/29/16 | | JAWAHARLAL KOTHA 20617 WHITEBUD CT TAMPA, FL 33647-3654 | BUYBACK wife's payment agree | | $10,000.00 | | $41,532.01 |
| | | | Gross Receipts    $10,000.00 | | | | |
| | 4 | | CASH ($2,320) *OWNED JOINTLY WITH SPOUSE.    $1,160.00 | 1129-000 | | | |
| | 5 | | BANK OF AMERICA CHECKING (6383)    $1,602.92 | 1129-000 | | | |
| | 6 | | BANK OF AMERICA CHECKING (7200) TOTAL BALANCE = $2,089.72 *O    $261.21 | 1129-000 | | | |
| | 7 | | BANK OF AMERICA SAVINGS (9173) TOTAL BALANCE = $9,143.71 *OW    $1,142.75 | 1129-000 | | | |

| | | | Page Subtotals: | | $14,976.26 | $34.88 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-10426 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | Bank Name: | BOK Financial |
|  | POORNIMA KOTHA | Account Number/CD#: | XXXXXX6383 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX1563 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  | 8 |  | BANK OF AMERICA BUSINESS CHECKING (1478) | $20.47 | 1129-000 |  |  |
|  | 9 |  | WELLS FARGO CHECKING (6878) TOTAL BALANCE = $25.47 *OWNED JO | $12.74 | 1129-000 |  |  |
|  | 10 |  | WELLS FARGO CHECKING (7579) TOTAL BALANCE = $1,000.50 *OWNED | $500.25 | 1129-000 |  |  |
|  | 11 |  | REGIONS CHECKING (3210) | $104.65 | 1129-000 |  |  |
|  | 12 |  | PNC BANK CHECKING (0177) | $407.70 | 1129-000 |  |  |
|  | 13 |  | REGIONS SAVINGS (8125) TOTAL BALANCE = $106.11 *OWNED JOINTL | $53.06 | 1129-000 |  |  |
|  | 15 |  | PNC BANK SAVINGS (9341) | $2.00 | 1129-000 |  |  |
|  | 16 |  | WELLS FARGO BUSINESS CHECKING (2599) TOTAL BALANCE = $96.52 | $48.26 | 1129-000 |  |  |
|  | 18 |  | BUSINESS CHECKING HELD BY BANK OF AMERICA ($36.38) *THIS WAS | $12.01 | 1129-000 |  |  |
|  | 20 |  | 3 BEDS AND A DAYBED ($235), 2 DRESSERS ($65), 4 NIGHTSTANDS | $752.25 | 1129-000 |  |  |
|  | 21 |  | MIRRORS AND WALL ART ($500.50); PLANTS ($19.50); BOOKS ($145 | $332.50 | 1129-000 |  |  |
|  | 22 |  | CLOTHING & APPAREL | $200.00 | 1129-000 |  |  |
|  | 23 |  | RING ($60) | $60.00 | 1129-000 |  |  |
|  | 24 |  | GOLF CLUBS ($40), CAMERAS ($30) AND BICYCLES ($50) | $60.00 | 1129-000 |  |  |
|  | 43 |  | FXCM BROKERAGE ACCOUNT | $197.34 | 1129-000 |  |  |
|  |  |  | Page Subtotals: |  |  | $0.00 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10426 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | Bank Name: | BOK Financial |
| | POORNIMA KOTHA | Account Number/CD#: | XXXXXX6383 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1563 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 44 | | IBM STOCK $887.64 | 1129-000 | | | |
| | 45 | | MOSAIC PROPERTIES, LLC; $1,020.79 ASSETS = COMPUTER ($300); TABLETS ( | 1129-000 | | | |
| | 46 | | US GOVERNMENT BONDS $300.00 | 1129-000 | | | |
| | 47 | | US GOVERNMENT BONDS $300.00 | 1129-000 | | | |
| | 48 | | 2001 LEXUS GS 300 WITH $561.46 125,000 MILES; VALUE DETERMINED USIN | 1129-000 | | | |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.08 | $41,489.93 |
| 05/11/16 | 52 | 1108 POINT ORLANDO LLC 20617 WHITEBUD CT ORLANDO, FL 33647-3654 | RENT | 1222-000 | $843.94 | | $42,333.87 |
| 05/12/16 | 53 | BRODERICK & ASSOCIATES, INC. | RENT | 1122-000 | $726.80 | | $43,060.67 |
| 05/12/16 | 55 | BRODERICK & ASSOCIATES, INC | RENT | 1122-000 | $810.29 | | $43,870.96 |
| 05/12/16 | | BRODERICK & ASSOCIATES, INC. | RENT | | $2,729.81 | | $46,600.77 |
| | | | Gross Receipts $2,729.81 | | | | |
| | 54 | | Rental PROPERTY - 8783 $766.50 CHRISTIE DRIVE | 1122-000 | | | |
| | 56 | | RENTAL PROPERTY - 8876 $696.75 CHRISTIE DRIVE | 1122-000 | | | |
| | 57 | | RENTAL PROPERTY-7765 $1,266.56 75th Way | 1122-000 | | | |
| 05/13/16 | | JAWAHARLAL KOTHA 20617 WHITEBUD COURT TAMPA, FL 33647 | BUYBACK | | $4,000.00 | | $50,600.77 |
| | | | Gross Receipts $4,000.00 | | | | |

Page Subtotals: $9,110.84    $42.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-10426 | Trustee Name: Larry S. Hyman, Chapter 7 Trustee |
| Case Name: JAWAHARLAL KOTHA | Bank Name: BOK Financial |
| POORNIMA KOTHA | Account Number/CD#: XXXXXX6383 |
| | Checking |
| Taxpayer ID No: XX-XXX1563 | Blanket Bond (per case limit): $3,802,000.00 |
| For Period Ending: 03/31/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 48 | | 2001 LEXUS GS 300 WITH 125,000 MILES; VALUE DETERMINED USIN $788.54 | 1129-000 | | | |
| | 49 | | OFFICE SUPPLIES AND TABLET $87.50 | 1129-000 | | | |
| | 50 | | CREDIT BALANCE WITH PEOPLES GAS $900.63 | 1129-000 | | | |
| | 58 | | OTHER PERSONAL PROPERTY $2,223.33 | 1129-000 | | | |
| 05/31/16 | 58 | JAWAHARLAL KOTHA | SETTLEMENT | 1129-000 | $3,496.00 | | $54,096.77 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.51 | $54,030.26 |
| 06/13/16 | 52 | JAWAHARLAL KOTHA 20617 WHITEBUD COURT TAMPA, FL 33647 | RENT PAYMENT 7383 Univ Blvd | 1222-000 | $723.64 | | $54,753.90 |
| 06/21/16 | | BRODERICK & ASSOCIATES, INC. | RENT | | $1,575.66 | | $56,329.56 |
| | | | Gross Receipts $1,575.66 | | | | |
| | 54 | | Rental PROPERTY - 8783 CHRISTIE DRIVE $537.80 | 1122-000 | | | |
| | 57 | | RENTAL PROPERTY-7765 75th Way $1,037.86 | 1122-000 | | | |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.10 | $56,251.46 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.37 | $56,168.09 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.25 | $56,084.84 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.44 | $56,004.40 |
| | | | Page Subtotals: | | $5,795.30 | $391.67 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-10426 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | Bank Name: | BOK Financial |
| | POORNIMA KOTHA | Account Number/CD#: | XXXXXX6383 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1563 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | 52 | 1108 Point Orlando LLC | RENT | 1222-000 | $944.26 | | $56,948.66 |
| 10/07/16 | 52 | 1108 Point Orlando LLC | RENT | 1222-000 | $563.38 | | $57,512.04 |
| 10/07/16 | 55 | 1108 Point Orlando LLC | RENT | 1222-000 | $710.77 | | $58,222.81 |
| 10/07/16 | 52 | 1108 Point Orlando LLC | RENT | 1222-000 | $448.77 | | $58,671.58 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.87 | $58,586.71 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.03 | $58,502.68 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.71 | $58,415.97 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.82 | $58,329.15 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.30 | $58,250.85 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.57 | $58,164.28 |
| 04/12/17 | 52 | 1108 POINT ORLANDO LLC 20617 WHITEBUD CT TAMPA, FL 33647-3654 | DEPOSIT | 1222-000 | $1,968.84 | | $60,133.12 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.96 | $60,048.16 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.24 | $59,958.92 |

Page Subtotals: $4,636.02   $681.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-10426 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| Case Name: JAWAHARLAL KOTHA | Bank Name: | BOK Financial |
| POORNIMA KOTHA | Account Number/CD#: | XXXXXX6383 |
| | | Checking |
| Taxpayer ID No: XX-XXX1563 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.24 | $59,872.68 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.98 | $59,783.70 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.85 | $59,694.85 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.86 | $59,608.99 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.59 | $59,520.40 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.61 | $59,434.79 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.33 | $59,346.46 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.20 | $59,258.26 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.55 | $59,178.71 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.95 | $59,090.76 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.99 | $59,005.77 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.70 | $58,918.07 |

Page Subtotals:                                                                                          $0.00              $1,040.85

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10426 | | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | JAWAHARLAL KOTHA | | Bank Name: | BOK Financial |
| | POORNIMA KOTHA | | Account Number/CD#: | XXXXXX6383 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1563 | | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.74 | $58,833.33 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.44 | $58,745.89 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.31 | $58,658.58 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.37 | $58,574.21 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.05 | $58,487.16 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.12 | $58,403.04 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.80 | $58,316.24 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.67 | $58,229.57 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.17 | $58,151.40 |
| 03/29/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.43 | $58,064.97 |

| | | |
|---|---|---|
| COLUMN TOTALS | $61,166.10 | $3,101.13 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $61,166.10 | $3,101.13 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $853.10 |

Net    $01,166.10    $3,101.13

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6383 - Checking | $61,166.10 | $3,101.13 | $58,064.97 |
|  | $61,166.10 | $3,101.13 | $58,064.97 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $61,166.10 |
| Total Gross Receipts: | $61,166.10 |

Trustee Signature:   /s/ Larry S. Hyman, Chapter 7 Trustee   Date: 04/25/2019

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

Page Subtotals:   $0.00   $0.00